■ HAMPTON HEIGHTS DEVELOPMENT CORPORATION et al., Appellants, v BOARD OF WATER SUPPLY OF THE CITY OF UTICA et al., Respondents. (Action No. 1.) CITY OF UTICA BOARD OF WATER SUPPLY, Plaintiff, v TOM NELSON, Individually and as Comptroller of the City of Utica, Respondent, et al., Defendant. (Action No. 2.) (Appeal No. 3.) Present—Dillon, P. J., Doerr, Boomer, Lawton and Davis, JJ.